# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BETTY REICH<br><br>      Plaintiff,<br><br>vs.<br><br><br>ECOLAB INC. and DOES 1-100 inclusive,<br><br>      Defendants. | Civil Case No: 20-CV-1172 (SRN/ECW)<br><br>[Lead Case: Reich v. Ecolab Case No. 20-CV-892 (SRN/EC)]<br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court upon the Stipulation of Dismissal jointly filed by parties [Docket No. 43] of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, this action is **DISMISSED**, with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

BY THE COURT:

Dated: Tuesday, October 17, 2023

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge